IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GABRIEL C. CORCHADO-PEREZ**,

    Plaintiff,

    v.

**DAIICHI SANKYO DE PUERTO RICO,** *et al.*,

    Defendants.

CIVIL NO. 18-1381 (BJM)

## FINAL JUDGMENT

Judgment is hereby entered dismissing this case with prejudice and without imposition of costs or attorneys fees to any party.

The court retains jurisdiction to enforce the terms of the parties' confidential agreement.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of February, 2019.

    *s/Bruce J. McGiverin*
    BRUCE J. McGIVERIN
    United States Magistrate Judge